UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE:<br><br>ROBERT WAYNE MAINS<br><br>       Debtor | Chapter 13<br>Case No. 20-34325-KRH |
| NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br><br>       Movant<br><br>v.<br><br>ROBERT WAYNE MAINS<br>8442 WHEELING ROAD<br>MECHANICSVILLE, VA 23116<br>       (Debtor)<br><br>MARGUERITE L. MAINS<br>8442 WHEELING ROAD<br>MECHANICSVILLE, VA 23116<br>       (Co-Debtor)<br><br>CARL M. BATES<br>341 DIAL 866-813-0912 CODE: 8576180<br>P. O. BOX 1819<br>RICHMOND, VA 23218<br>       (Trustee)<br><br>       Respondents | |

## NOTICE OF MOTION

Nationstar Mortgage LLC d/b/a Mr. Cooper has filed papers with the court to **obtain relief from automatic stay and co-debtor automatic stay.**

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

Daniel K. Eisenhauer, Esq., Bar # 85242
PO Box 2548
Leesburg, VA 20177
(703) 777-7101

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before February 10, 2021, you or your attorney must:

**X**       File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219

You must also mail a copy to:

Daniel K. Eisenhauer
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper

Carl M. Bates
341 Dial 866-813-0912 Code: 8576180
P. O. Box 1819
Richmond, VA 23218

X     Attend the hearing on the motion scheduled to be held on **February 17, 2021, at 11:00 AM** in Courtroom 5000 United States Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  January 21, 2021

                                    Respectfully submitted,

                                    /s/Daniel K. Eisenhauer_____
                                    Daniel K. Eisenhauer, Bar #85242
                                    Orlans PC
                                    PO Box 2548
                                    Leesburg, VA 20177
                                    (703) 777-7101
                                    Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
                                    deisenhauer@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on January 21, 2021, copies of the foregoing Notice of Motion were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Carl M. Bates
341 Dial 866-813-0912 Code: 8576180
P. O. Box 1819
Richmond, VA 23218
station01@richchap13.com
*Bankruptcy Trustee*

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508
jkane@kaneandpapa.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Motion to the following non-ECF participants:

Robert Wayne Mains
8442 Wheeling Road
Mechanicsville, VA 23116
*Debtor*

Marguerite L. Mains
8442 Wheeling Road
Mechanicsville, VA 23116
*Co-Debtor*

/s/Daniel K. Eisenhauer
Daniel K. Eisenhauer, Esquire